# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LT. GEN SCOTT A. SPELLMON, et al.,**<br><br>Defendants,<br><br>and<br><br>**AMERICAN GAS ASSOCIATION, et at.,**<br><br>Defendant-Intervenors,<br><br>and<br><br>**STATE OF MONTANA,**<br><br>Defendant-Intervenors. | CV 4:21-cv-00047-BMM<br><br>**Order Re: Joint Case Management Plan** |

On October 6, 2021, the parties filed a Joint Case Management Plan. For good cause shown in that document, the Court hereby orders as follows:

1. The Court enters the following scheduling order:

| | |
|---|---|
| Administrative Record Lodged with the Court | December 17, 2021 |
| Pls.' Motion to Supplement and/or Complete the Administrative Record | January 14, 2022 |
| Pls.' Motion for Summary Judgment | February 4, 2022 |
| Fed. Defs.' Cross-MSJ and Response | March 4, 2022 |

|  |  |
|---|---|
| Def.-Int.'s Cross-MSJ and Response | March 11, 2022 |
| Pls.' Response and MSJ Reply | April 8, 2022 |
| Fed. Defs.' Reply in Support of Cross-MSJ | April 29, 2022 |
| Def.-Int.'s Reply in Support of Cross-MSJ | May 6, 2022 |

2.   The parties' request for an expansion of the word limits set forth in Local Rule 7.1(d) for the briefing set forth above is granted as follows:

Plaintiffs' motion for summary judgment – 13,000 words; Federal Defendants' and Defendant-Intervenors' cross-motions/responses – 13,000 words each

Following the submission of these briefs, the parties will propose word limits for the remaining briefs, including the possibility that Plaintiffs would file a single consolidated response brief.

DATED this 7th day of October, 2021.

_____
Brian Morris, Chief District Judge
United States District Court