TODD KIM
ASSISTANT ATTORNEY GENERAL

BENJAMIN J. GRILLOT
COBY HOWELL
KRISTOFER R. SWANSON
Environment & Natural Resources Division
U.S. Department of Justice

[contact information in signature block]
*Attorneys for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LT. GEN SCOTT A. SPELLMON, et al.,**<br><br>Federal Defendants,<br><br>and<br><br>**AMERICAN GAS ASSOCIATION, et al.,**<br><br>Defendant-Intervenors,<br><br>and<br><br>**STATE OF MONTANA,**<br><br>Defendant-Intervenor. | Case No. 4:21-cv-00047-BMM<br><br>**Unopposed Motion to Amend Scheduling Order (ECF No. 31)** |

Pursuant to Local Civil Rule 7.1, Federal Defendants Lt. Gen. Scott A. Spellmon, in his official capacity as U.S. Army Chief of Engineers, and the U.S. Army Corps of Engineers move for a two-week extension of time to file their Cross Motion for Summary Judgment and Response. Plaintiffs and Defendant-Intervenors do not oppose this extension, provided they also receive additional time for their responsive memoranda as indicated in the schedule below.

Good cause exists for granting the motion. Namely, the undersigned attorney contracted COVID-19 shortly after Plaintiff filed its motion and has only recently returned to work. Further, amending the scheduling order here is unlikely to cause significant delay in resolution of the case.

Based upon the forgoing the Federal Defendants respectfully request that the Court amend the Scheduling Order (ECF No. 31) to adjust the remaining briefing deadlines as follows:

|  | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Fed. Defs.' Cross-MSJ and Response | March 4, 2022 | March 18, 2022 |
| Def.-Int's Cross-MSJ and Response | March 11, 2022 | April 1, 2022 |
| Pls.' Response and MSJ Reply | April 8, 2022 | April 29, 2022 |
| Fed. Defs' Reply in Support of Cross MSJ | April 29, 2022 | May 20, 2022 |
| Def.-Int's Reply in Support of Cross MSJ | May 6, 2022 | May 27, 2022 |

| | |
|---|---|
| Dated: February 16, 2022 | Respectfully submitted, |

MARK STEGER SMITH
Assistant U.S. Attorney
Office of the U.S. Attorney
2601 Second Ave. North, Ste. 3200
Billings, MT 59101
Tel: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

TODD S. KIM
Assistant Attorney General

*/s/ Benjamin J. Grillot*
BENJAMIN J. GRILLOT
(D.C. Bar No. 982114)
Environmental Defense Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0303
Fax: (202) 305-0506
benjamin.grillot@usdoj.gov

KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
Senior Attorney
Natural Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0248
Fax: (202) 305-0506
kristofor.swanson@usdoj.gov

COBY HOWELL
Senior Trial Attorney
Wildlife & Marine Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
1000 SW Third Ave Suite 600
Portland, OR 97204
503-727-1044
coby.howell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, I filed the foregoing Unopposed Motion to Amend Scheduling Order on all counsel of record via the Court's CM/ECF system.

/s/ Benjamin Grillot
BENJAMIN J. GRILLOT