## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY, et al.,**<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>**LT. GEN SCOTT A. SPELLMON, et al.,**<br><br>　　　　Federal Defendants,<br><br>　　　　and<br><br>**AMERICAN GAS ASSOCIATION, et al.,**<br><br>　　　　Defendant-Intervenors,<br><br>　　　　and<br><br>**STATE OF MONTANA,**<br><br>　　　　Defendant-Intervenor. | Case No. 4:21-cv-00047-BMM<br><br>**[Proposed] Order Amending the Scheduling Order (ECF No. 31)** |

Before the Court is Federal Defendants' Unopposed Motion to Amend Scheduling Order (ECF No. 31). Having considered the motion, and good cause being shown, the motion is GRANTED.

The scheduling order (ECF No. 31) is amended as follows:

| | Previous Deadline | Amended Deadline |
|---|---|---|
| Fed. Defs.' Cross-MSJ and Response | March 4, 2022 | March 18, 2022 |

| Def.-Int's Cross-MSJ and Response | March 11, 2022 | April 1, 2022 |
|---|---|---|
| Pls.' Response and MSJ Reply | April 8, 2022 | April 29, 2022 |
| Fed. Defs' Reply in Support of Cross MSJ | April 29, 2022 | May 20, 2022 |
| Def.-Int's Reply in Support of Cross MSJ | May 6, 2022 | May 27, 2022 |

SO ORDERED.

Dated: _____          _____
                                      HONORABLE BRIAN M. MORRIS
                                      United States District Judge