TODD KIM
ASSISTANT ATTORNEY GENERAL

BENJAMIN J. GRILLOT
COBY HOWELL
KRISTOFOR R. SWANSON
Environment & Natural Resources Division
U.S. Department of Justice

[contact information in signature block]
*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

**CENTER FOR BIOLOGICAL DIVERSITY, et al.,**

Plaintiffs,

v.

**LT. GEN SCOTT A. SPELLMON, et al.,**

Federal Defendants,

and

**AMERICAN GAS ASSOCIATION, et al.,**

Defendant-Intervenors,

and

**STATE OF MONTANA,**

Defendant-Intervenor.

Case No. 4:21-cv-00047-BMM

**Federal Defendants' Motion for Extension of Time to File Cross-Motion and Response (re: ECF No. 48)**

Pursuant to Local Civil Rule 7.1, Federal Defendants Lt. Gen. Scott A. Spellmon, in his official capacity as U.S. Army Chief of Engineers, and the U.S. Army Corps of Engineers move for a one-week extension of time (to March 25) to file their Cross Motion for Summary Judgment and Response to Plaintiffs' Motion. This is Federal Defendants' second request. Defendant-Intervenors do not oppose this extension; Plaintiffs oppose.[1]

Good cause exists for granting the motion. The Army has requested that the undersigned seek an additional week to facilitate internal coordination on Federal Defendants' draft summary judgment brief. And the extension will not impact the remaining deadlines in the case, nor delay resolution of the cross-motions. In the Court's original scheduling order, Defendant-Intervenors had one week after Federal Defendants' cross-motion and response to file their own cross-motions and responses. *See* ECF No. 31. In granting Federal Defendants' prior extension—which Federal Defendants requested because one of their counsel was ill—the gap between Federal Defendants' and Defendant-Intervenors' cross-motions was extended to two weeks. *See* ECF No. 48. Thus, Federal Defendants' present motion would return the brief sequencing to its original spacing, and briefing

---

[1] If the Court were to grant the extension, Defendant-Intervenors requested a commensurate extension of their April 1 briefing deadline. We have not included that request here given Plaintiffs' opposition to any further delay in the case.

would still be completed on May 27, as presently scheduled. The Court could maintain the June 6 hearing date for the cross-motions.

Based upon the forgoing the Federal Defendants respectfully request that the Court grant them a one week extension (to March 25) to file their summary judgment response and cross-motion.

Dated: March 15, 2022 Respectfully submitted,

MARK STEGER SMITH
Assistant U.S. Attorney
Office of the U.S. Attorney
2601 Second Ave. North, Ste. 3200
Billings, MT 59101
Tel: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

TODD S. KIM
Assistant Attorney General

_/s/ Benjamin J. Grillot_
BENJAMIN J. GRILLOT
(D.C. Bar No. 982114)
Environmental Defense Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0303
Fax: (202) 305-0506
benjamin.grillot@usdoj.gov

KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
Natural Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0248
Fax: (202) 305-0506
kristofor.swanson@usdoj.gov

COBY HOWELL
Senior Trial Attorney
Wildlife & Marine Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
1000 SW Third Ave Suite 600
Portland, OR 97204
503-727-1044
coby.howell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2022, I filed the foregoing Motion for Extension of Time to File Cross-Motion and Response (re: ECF No. 48) on all counsel of record via the Court's CM/ECF system.

/s/ Benjamin Grillot
BENJAMIN J. GRILLOT