LODGED

MAR 1 0 2022

Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LT. GEN. SCOTT A. SPELLMON, *et al.*,<br><br>Defendants,<br><br>AMERICAN GAS ASSOCIATION, *et al.*,<br><br>Intervenor-Defendants,<br><br>STATE OF MONTANA,<br><br>Intervenor-Defendant. | Case No. 4:21-cv-00047-BMM<br><br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EDISON ELECTRIC INSTITUTE TO FILE AN AMICUS BRIEF** |

Edison Electric Institute ("EEI") filed a motion for leave to file an amicus brief in support of Federal Defendants. Based on the motion's description of information that would be provided in the proposed amicus brief, the Court finds that the amicus brief would provide useful information that has not been provided to

1

the Court by the parties. No parties oppose the motion.

IT IS HEREBY ORDERED that EEI's motion for leave to file an amicus brief is GRANTED.

DATED this  21st  day of  March , 2022.

Brian Morris, Chief District Judge
United States District Court