IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, MONTANA ENVIRONMENTAL INFORMATION CENTER, FRIENDS OF THE EARTH, and WATERKEEPER ALLIANCE, INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> LIEUTENANT GENERAL SCOTT A. SPELLMON, in his official capacity, and U.S. ARMY CORPS OF ENGINEERS, <br><br>  Defendants. | CV 21-47-GF-BMM <br><br> **ORDER** |

Plaintiffs' counsel Timothy M. Bechtold moves to appear telephonically for the hearing in this matter at 1:30 on June 6, 2022. No party is opposed to the motion. For good cause shown, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. Mr. Bechtold may appear BY ZOOM at the hearing. Mr. Bechtold will contact the Clerk of Court's Office for the ZOOM link.

DATED this 1st day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court