# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, MONTANA ENVIRONMENTAL INFORMATION CENTER, FRIENDS OF THE EARTH, and WATERKEEPER ALLIANCE, INC., <br><br>    Plaintiffs,<br><br>v.<br><br>LIEUTENANT GENERAL SCOTT A. SPELLMON, in his official capacity, and U.S. ARMY CORPS OF ENGINEERS,<br><br>    Defendants,<br><br>STATE OF MONTANA,<br>    Defendant-Intervenor,<br><br>and<br><br>AMERICAN GAS ASSOCIATION, et al.,<br><br>    Defendant-Intervenors. | Case No. CV-21-47-GF-BMM<br><br>**Order on NWP 12 Coalition's Unopposed Motion to Appear by Video Conference or Telephone for the June 9, 2022 Motion Hearing** |

  Upon Interstate Natural Gas Association of America's Unopposed Motion to Appear by Video Conference or Telephone for the June 9, 2022 motion hearing and with good cause shown, the Court hereby GRANTS the motion. Karma Brown, counsel for the Coalition, may appear by ZOOM at the hearing scheduled on June 9, 2022. Karma Brown will contact the Clerk of Court's Office for the ZOOM link.

  DATED this 6th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court